TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00243-CV







In re Amber Marie Rosa









ORIGINAL PROCEEDINGS FROM BELL COUNTY






M E M O R A N D U M O P I N I O N



 Relator Amber Marie Rosa filed with this Court a petition for writ of mandamus and
a supplemental petition for writ of mandamus. We deny relator's petition and supplemental petition
for writ of mandamus. See Tex. R. App. P. 52.8(a).



 

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: June 19, 2003